# Gov't Exhibit 2



