# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 1:20–cr–00352
                                            Honorable Charles R. Norgle Sr.

Samuel Uchenna Aniukwu, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 17, 2021:

   MINUTE entry before the Honorable Charles R. Norgle as to Samuel Uchenna Aniukwu, Anthony Emeka Ibekie, and Jennifer Gosha: Court has reviewed the Joint Status Report [95]. Follow–up Joint Status Report is due on 5/19/2021. Without objection, the court excludes time in the interest of justice through March 19, 2021. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.